1
2
3
4
5            UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,          )
                                        )     NO.      CR-11-6055-WFN-1
8                    Plaintiff,         )
                                        )
9        -vs-                           )     ORDER DENYING DEFENDANT'S
                                        )     MOTION TO DISMISS
10  ARTURO RUIZ-GOMEZ,                  )
                                        )
11                   Defendant.         )
                                        )
12  ─────────────────────────────────  )

13        A first pretrial conference and motion hearing was held October 11, 2011.  The

14  Defendant, who is in custody, was present and represented by Alison Guernsey and assisted

15  by Court-appointed interpreter Levi Enriquez; Assistant United States Attorney Alison

16  Gregoire represented the Government.

17        The Court confirmed Defendant's name and addressed Defendant's pending Motion

18  to Dismiss.  The Court has reviewed the file and Motion and is fully informed.  This Order

19  is entered to memorialize the oral rulings of the Court.  Accordingly,

20        **IT IS ORDERED** that:

21        1.  Defendant's Motion to Dismiss, filed September 16, 2011, **ECF No. 27**, is

22  **DENIED** for the reasons stated on the record.  The Court finds that Defendant made a

23  considered and intelligent decision to waive his right to appeal his 2007 removal order.

24        2.  All time from the filing of Defendant's Motion to Dismiss on September 16, 2011,

25  to the date of the hearing on October 11, 2011, is **EXCLUDED** for speedy trial calculations

26  pursuant to 18 U.S.C. § 3161(h)(1)(D).

ORDER - 1

3.   The original trial date of October 24, 2011, is **STRICKEN and RESET to November 7, 2011, at 10:00 a.m., in Yakima,** Washington.

4.   The final pretrial conference and motion hearing is **STRICKEN and RESET to November 7, 2011, at 9:00 a.m., in Yakima,** Washington.

5.   A cange of plea hearing shall be set for **October 31, 2011, at 8:30  a.m., in Yakima,** Washington.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 11th day of October, 2011.


s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
10-11-11                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2